| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | CHAN HEE CHU |
|   | Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00041-SAB |
| Plaintiff, | [Citation F5339582, CA42] |
| v. | |
| JOSE D. PEREZ, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00041-SAB [Citation F5339582, CA42] against JOSE D. PEREZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 10, 2023                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Chan Hee Chu*
      CHAN HEE CHU
      Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00041-SAB [Citation F5339582, CA42] against JOSE D. PEREZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 10, 2023**

UNITED STATES MAGISTRATE JUDGE